The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF WASHINGTON, *ex rel.* LARRY BURNETT, DDS,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE CALVIN BRAIN,<br><br>Defendant. | CASE NO. 20-CV-05174-RBL<br><br>**FILED UNDER SEAL**<br><br>**ORDER** |

The United States and the State of Washington (collectively, the "Governmental Entities") having declined at this time to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and Wash. Rev. Code § 74.66.050, it is hereby ORDERED that:

1. The Complaint, this Order, the Governmental Entities' Notice of Declination, and all other papers on file in this action shall be unsealed;

2. Relator shall serve a copy of the Complaint, this Order, and the Governmental Entities' Notice of Declination on Defendant;

[PROPOSED] ORDER - 1
(20-CV-05174-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the Governmental Entities, as provided for in 31 U.S.C. § 3730(c)(3) and Wash. Rev. Code § 74.66.060(3). The Governmental Entities may seek dismissal of Relator's action or claims, order any deposition transcripts, and are entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all notices of appeal upon the Governmental Entities;

5. All orders of this Court shall be sent to the Governmental Entities; and

6. Should Relator or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the Governmental Entities with notice and an opportunity to be heard before ruling or granting its approval.

DATED this 19 day of June, 2020.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
United States District Judge

Presented By:

*/s/ Ashley C. Burns*
ASHLEY C. BURNS, NYBA #5186382
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
E-mail: ashley.burns@usdoj.gov

*/s/ Ashley C. Burns* on behalf and with approval of
NICKOLAS BOHL, WSBA #48978
Assistant Attorney General
Washington Office of the Attorney General
800 5th Avenue, Suite 2000
Seattle, Washington 98104
Phone: 206-389-3837
E-Mail: nickolas.bohl@atg.wa.gov

[PROPOSED] ORDER - 2
(20-CV-05174-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970